Judge: Kennelly
Magistrate Judge: Brown

A CERTIFIED TRUE COPY

ATTEST

By Jakeia Mells on Dec 03, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Dec 03, 2008**

FILED
CLERK'S OFFICE

IN RE: TEXT MESSAGING ANTITRUST
LITIGATION

MDL No. 1997

**TRANSFER ORDER**

**Before the entire Panel**[*]: Plaintiffs in actions pending in the Northern District of Illinois, the Eastern District of Louisiana, and the District of District of Columbia have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation as follows: (1) plaintiffs in two Northern District of Illinois actions have moved for centralization in the Northern District of Illinois or, alternatively, the District of New Jersey; (2) plaintiffs in the Eastern District of Louisiana action have moved for centralization in the Eastern District of Louisiana or, alternatively, the Northern District of Ohio; and (3) plaintiff in one District of District of Columbia action has moved for centralization in the District of District of Columbia.  Responding plaintiffs and defendants agree that centralization is appropriate and variously support one or more of the suggested transferee districts or the following districts: the Eastern District of Pennsylvania, the District of Puerto Rico, or the Western District of Washington.

This litigation currently consists of sixteen actions listed on Schedule A and pending in twelve districts: three actions in the Northern District of Illinois; two actions each in the District of Columbia and the Southern District of Mississippi; and one action each in the Eastern District of Arkansas, the District of Kansas, the Eastern District of Louisiana, the District of New Jersey, the Northern District of Ohio, the Eastern District of Pennsylvania, the District of Puerto Rico, the Eastern District of Texas, and the Northern District of Texas.[1]

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient

---

[*]  Judge Motz and Judge Miller did not participate in the disposition of this matter.

[1]  The Panel has been notified that fifteen additional related actions have been filed: three actions in the Northern District of Illinois; two actions each in the District of Kansas and the Eastern District of New York; and one action each in the Northern District of Alabama, the District of Arizona, the Northern District of California, the Southern District of Illinois, the Southern District of Mississippi, the District of Nevada, the District of Puerto Rico, and the Western District of Washington.  These actions will be treated as potential tag-along actions.  *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By  s/WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: DECEMBER 12, 2008

-2-

conduct of this litigation.   These actions share factual questions relating to allegations that defendants conspired to fix, raise, maintain, and stabilize the price of text messaging services sold in the United States in violation of the Sherman Antitrust Act.   Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of Illinois is an appropriate transferee forum for this litigation.   This district, where six actions are now pending, provides a relatively central forum for this nationwide litigation.   In addition, Judge Matthew F. Kennelly has the time and experience to steer this docket on a prudent course.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Illinois are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Matthew F. Kennelly for coordinated or consolidated pretrial proceedings with the actions pending there.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| J. Frederick Motz[*] | Robert L. Miller, Jr.[*] |
| Kathryn H. Vratil | David R. Hansen |
| W. Royal Furgeson, Jr. | |

**IN RE: TEXT MESSAGING ANTITRUST
LITIGATION**                                                MDL No. 1997

# SCHEDULE A

### Eastern District of Arkansas

Tina L. Dillinger v. AT&T, Inc., C.A. No. 4:08-3008                08cv7083

### District of District of Columbia
08cv7084

Kim A. Cosgrove v. Verizon Wireless, et al., C.A. No. 1:08-1575      08cv7085
Marie Fernandez v. Verizon Wireless, et al., C.A. No. 1:08-1621

### Northern District of Illinois

Vaughanzella Smith-Howard, et al. v. AT&T, Inc., et al., C.A. No. 1:08-5198
Kevin Konkel, et al. v. AT&T, Inc., et al., C.A. No. 1:08-5353
Mathieu Brousseau, et al. v. AT&T, Inc., et al., C.A. No. 1:08-5401

### District of Kansas

Lourdes Leslie v. Sprint Nextel Corp., et al., C.A. No. 2:08-2432    08cv7086

### Eastern District of Louisiana

Andee Roussel, et al. v. AT&T Mobility, LLC, et al., C.A. No. 2:08-4408    08cv7087

### Southern District of Mississippi
08cv7088

Rodney Cain v. AT&T Mobility, LLC, et al., C.A. No. 1:08-632
Kenny Knight, et al. v. AT&T Mobility LLC, et al., C.A. No. 3:08-592    08cv7089

### District of New Jersey

Cuneo-Leider Management & Development Corp. v. Verizon Wireless, et al.,    08cv7090
    C.A. No. 3:08-4621

### Northern District of Ohio

Susan Orians, et al. v. AT&T, Inc., et al., C.A. No. 3:08-2191    08cv7091

- A2 -

**MDL No. 1997 Schedule A (Continued)**

       Eastern District of Pennsylvania

                                                                      08cv7092

Mark Reinhart v. Verizon Wireless, Inc., et al., C.A. No. 5:08-4607

       District of Puerto Rico

Luis A. Maldonado-Mercado v. Verizon Wireless, Inc., et al., C.A. No. 3:08-2100   08cv7093

       Eastern District of Texas

                                                                      08cv7094

Joseph F. Clark v. Verizon Wireless, et al., C.A. No. 1:08-549

       Northern District of Texas

                                                                       08cv7095

Christiane Trujillo v. Verizon Wireless, et al., C.A. No. 3:08-1628

Printed on 12/03/2008

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1997 - IN RE: Text Messaging Antitrust Litigation

### *** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**

* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
 All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**

Docket: 1997 - Text Messaging AT

For Open Cases

Docket:  1997 - IN RE: Text Messaging Antitrust Litigation

Status:  Transferred on 12/03/2008

Transferee District:  ILN      Judge:  Kennelly, Matthew F.

Printed on 12/03/2008

---

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

---

ALLTEL Corp.,
One Allied Drive
Little Rock, AR 72202

=>
ALLTEL Corp.

---

Becnel, Jr, Daniel E.
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

=>**Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com**
Hotard, Katie*; Roussel, Andee*

---

Butswinkas, Dane H.
WILLIAMS & CONNELLY LLP
725 12th Street, N.W.
Washington, DC 20005

=>**Phone: (202) 434-5110  Fax: (202) 434-5029  Email: dbutswinkas@wc.com**
Sprint Nextel Corp.*

---

Clobes, Bryan L.
CAFFERTY FAUCHER LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103

=>**Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com**
Dolatowski, Kathryn*

---

Coffman, Richard L.
COFFMAN LAW FIRM
First City Building
505 Orleans Street
Suite 505
Beaumont, TX 77701

=>**Phone: (409) 833-7700  Fax: (866) 835-8250  Email: rc@cofflaw.com**
Clark, Joseph F.*; Trujillo, Christiane*

---

Fait, Mary Jane
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street
Suite 1111
Chicago, IL 60603

=>**Phone: (312) 984-0000  Fax: (312) 984-0001  Email: fait@whafh.com**
Marshall, Julian*; Polk, Rita*; Polk-Stamps, Melanie*; Smith-Howard, Vaughanzella*

---

Frederick, Thomas J.
WINSTON & STRAWN LLP
35 West Wacker Drive, 45th Floor
Chicago, IL 60601

=>**Phone: (312) 558-5983  Fax: (312) 558-5700  Email: tfrederick@winston.com**
Cellco Partnership dba Verizon Wireless*; Verizon Communications, Inc.*

---

Germaine, David P.
VANEK VICKERS & MASINI PC
111 South Wacker Drive
Suite 4050
Chicago, IL 60606

=>**Phone: (312) 224-1505  Fax: (312) 224-1510  Email: dgermaine@vaneklaw.com**
Fernandez, Marie*

---

Hockett, Christopher B.
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025

=>**Phone: (650) 752-2000  Fax: (650) 752-2111  Email: chris.hockett@dpw.com**
T-Mobile USA, Inc.*

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Kilsheimer, Richard J.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 | => **Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkilsheimer@kaplanfox.com**<br>Cosgrove, Kim A.* |
| Love, Kevin Bruce<br>CRIDEN & LOVE PA<br>7301 S.W. 57th Court<br>Suite 515<br>South Miami, FL 33143 | => **Phone: (305) 357-9000  Fax: (305) 357-9050  Email: klove@cridenlove.com**<br>Leslie, Lourdes* |
| Lovell, Christopher<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>Floor 58<br>New York, NY 10110 | => **Phone: (212) 608-1900  Fax: (212) 719-4775  Email: clovell@lshllp.com**<br>Cuneo-Leider Management & Development Corp.* |
| Miller, Marvin Allen<br>MILLER LAW LLC<br>115 South LaSalle Street<br>Suite 2910<br>Chicago, IL 60603 | => **Phone: (312) 332-3400  Fax: (312) 676-2676  Email: mmiller@millerlawllc.com**<br>Brousseau, Mathieu; Konkel, Kevin; McLaughlin, Laurie; Premiere Investment Consulting; Robb, Jeffrey; Smith, Elizabeth |
| Nast, Dianne M.<br>RODANAST PC<br>801 Estelle Drive<br>Lancaster, PA 17601 | => **Phone: (717) 892-3000  Fax: (717) 892-1200  Email: dnast@rodanast.com**<br>Reinhart, Mark* |
| Penton, Ronnie G.<br>LAW OFFICE OF RONNIE G PENTON<br>209 Hoppen Place<br>Bogalusa, LA 70427 | => **Phone: (985) 732-5651  Fax: (985) 735-5579  Email: dischilling@rgplaw.com**<br>Cain, Rodney* |
| Poynter, Scott E.<br>EMERSON POYNTER LLP<br>The Museum Center<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201 | => **Phone: (501) 907-2555  Fax: (501) 907-2556  Email: scott@emersonpoynter.com**<br>Dillinger, Tina L.* |
| Salas, III, Camilo K.<br>SALAS & CO LC<br>650 Poydras Street<br>Suite 1660<br>New Orleans, LA 70130 | => **Phone: (504) 799-3080  Fax: (504) 799-3085  Email: csalas@salaslaw.com**<br>Maldonado-Mercado, Luis A.* |
| Sweet, III, Dennis C.<br>WILLIAMS GRUBBS<br>158 E. Pascagoula Street<br>Jackson, MS 39201 | => **Phone: (601) 965-8700  Fax: (601) 965-8719**<br>Knight, Kenny*; Williams, Bonnie* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| T-Mobile International AG,<br>Landgrabenweg 151<br>53227 Bonn, Germany | =><br>   T-Mobile International AG |
| Treece, John W.<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | **=>Phone: (312) 853-2937  Fax: (312) 853-7036  Email: jtreece@sidley.com**<br>   AT&T Mobility, LLC*; AT&T, Inc.* |
| Verizon Wireless,<br>One Verizon Way<br>Basking Ridge, NJ 07920 | =><br>   Verizon Wireless; Verizon Wireless, Inc. |
| Vodafone Group PLC,<br>Vodafone House<br>The Connections<br>Newbury, Berkshire  RG14 2FN England | =><br>   Vodafone Group PLC |
| Zoll, David W.<br>ZOLL KRANZ & BORGESS LLC<br>6620 West Central Avenue<br>Suite 200<br>Toledo, OH 43617 | **=>Phone: (419) 841-9623  Fax: (419) 841-9719  Email: david@toledolaw.com**<br>   Flores, Zac*; Kastel, Kim*; Kastel, Kristen*; Keener, Mecca*; Orians, Susan*; Reaster, James*;<br>   Weaver, Brandon* |

Note: Please refer to the report title page for complete report scope and key.